UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN FROST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:07CV01481 AGF |
| ) | |
| MIKE KEMNA, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on the petition of Missouri state prisoner, John Frost, for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 17, 2007, Respondent Mike Kemna filed exhibits 1 through 11 to his Response to Order to Show Cause, in paper format, with the Clerk's Office. Upon a review of Exhibit 7, the Court notes that pages 53 through 107 are missing from Exhibit 7.

Accordingly,

**IT IS HEREBY ORDERED** that Respondent Mike Kemna shall file a complete copy of Exhibit 7 with the Court, no later than **September 8, 2010.**

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 31st day of August, 2010.